# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



---

No. 01-30082
Summary Calendar

---

D.C. Docket No. 99-CV-1374-R

U.S. COURT ⟨...⟩
F I L
MAR 12 2002

CHARLES R. FULL⟨...⟩
CLERK

JOSEPH JOHNSON; WARDELL QUEZERGUE

    Plaintiffs - Appellees

v.

TUFF N RUMBLE MANAGEMENT INC, Etc; ET AL

    Defendants

TUFF N RUMBLE MANAGEMENT INC, doing business as Tuff City Records

    Defendant - Appellee

v.

JOE JONES, JR, doing business as Melder Publishing Co

    Defendant - Appellant

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR - 3 2002
LORETTA G. WHYTE
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 0 3 2002

____Fee____
____Process____
X__Dktd__ Vhs
____CtRmDep____
Doc.No. 164

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
    Deputy
New Orleans, Louisiana  APR 0 3 2002

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-30082
Summary Calendar

U.S. COURT OF APPEALS
FILED
MAR 1 2 2002
CHARLES R. FULBRUGE III
CLERK

JOSEPH JOHNSON; WARDELL QUEZERGUE,

             Plaintiffs-Appellants,

versus

TUFF N RUMBLE MANAGEMENT, INC., Etc; ET AL.,

             Defendants,

TUFF N RUMBLE MANAGEMENT, INC., doing business
as Tuff City Records,

versus             Defendant-Appellee,

JOE JONES, JR., doing business as Melder Publishing,

             Defendant-Appellant.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 99-CV-1374-R

---

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:*

  Joe Jones, Jr., d/b/a/ Melder Publishing appeals the grant of summary judgment in favor of Joseph Johnson, Wardell Quezerque, and Tuff-n-Rumble Management, d/b/a/ Tuff City Records in the underlying declaratory judgment and copyright infringement action. Jones avers that the district court erred in finding

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that there was no genuine issue as to a material fact with regard to his alleged part ownership of a copyright interest in the subject song and erred in finding that the documents which he relied upon to show his ownership interest were irrelevant and/or forgeries.

We have reviewed the record and conclude that the district court did not err in finding that the proffered documents upon which Jones relied to establish his ownership interest were irrelevant and/or forgeries. Berry v. Armstrong Rubber Co., 989 F.2d 822, 824 (5th Cir. 1993). In light of the record before the district court which was devoid of any competent summary-judgment evidence establishing Jones' part ownership interest in the song, the district court did not err in granting summary judgment in favor of the appellees on their infringement claim and awarding damages and attorneys fees. Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). In light of Jones' continued reliance on documents previously determined by the court to be irrelevant and/or forgeries, the appeal is DISMISSED as frivolous.

This is not the first time that Jones has filed frivolous appeals in this court. See Makedwde v. Johnson, No. 95-30472, (5th Cir. Mar. 27, 1997); Makedwde v. Johnson, No. 97-30899, (5th Cir. May 6, 1999); Johnson v. Tuff-n-Rumble Management, Inc., No. 01-30082 (5th Cir. Apr. 11, 2001).

Despite the district court and this court's repeated warnings regarding the filing of frivolous pleadings and the imposition of sanctions, Jones continues in his abuse of the judicial system. Jones' continued reliance on documents found to

be irrelevant and/or forgeries and his continued insinuations before the district court and this court that the appellees and their attorneys committed fraud in the prosecution of their case warrants the imposition of monetary sanctions.

We hereby put Jones on notice and order Jones to show cause why we should not award reasonable attorney's fees and double costs to the appellees pursuant to FED. R. APP. P. 38.  See Shinn v. College Station Indep. Sch. Dist., 96 F.3d 783, 786-87 (5th Cir. 1996).  Jones' response shall be filed within 15 days of the issuance of this opinion.

APPEAL DISMISSED AS FRIVOLOUS.  See 5TH CIR. R. 42.2; ORDER TO SHOW CAUSE ISSUED.

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

NOTE: The Bill of Costs is due for filing in this office within 14 days from the date of the opinion, in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

Joseph Johnson, Wardell Quezergue   v.   Tuff N Rumble Mgmt. v. Joe Jones Jr.   No. 01-30082

The Clerk is requested to tax the following costs against: Joe Jones, Jr. doing business as Melder Publishing

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | ALLOWED (If different from amount requested) | | |
|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 11 | 19 | 25¢ | 52.25 | 11 | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 52.25 | | | | |

Costs are hereby taxed in the amount of $ 52.25 this 3RD day of MARCH, 2002.

CHARLES R. FULBRUGE III, CLERK

By _____ Deputy Clerk

Costs are taxed in the amount of $ 52.25

CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
FILED .25  52.25
MAR 19 2002

State of Louisiana
XXXXX of Parish of Orleans

I Mark J. Davis, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 20th day of March, 200X 02.

_____ (signature)
Johnson & Quezergue Plaintiff-Appellees
Attorney for

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES GOVERNING TAXATION OF COSTS.

U.S. COURT OF APPEALS
RECEIVED
MAR 19 2002
NEW ORLEANS, LA

# United States Court of Appeals

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 3, 2002



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

      No. 01-30082 Johnson v. Tuff N Rumble Mgmt
      USDC No. 99-CV-1374-R

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

      By: _Sabrina B Short_
           Sabrina B Short, Deputy Clerk
           504-310-7672

cc: w/encl:
    Honorable Sarah S Vance
    Mr Mark J Davis
    Ms Suzette Toledano Becker
    Mr Oren J Warshavsky
    Mr Joe Jones Jr