

UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 01-30082

99-1374 R

JOSEPH JOHNSON; WARDELL QUEZERGUE,

    Plaintiffs-Appellants,

VERSUS

TUFF N RUMBLE MANAGEMENT, INC., ETC.; ET AL.,

    Defendants,

TUFF N RUMBLE MANAGEMENT, INC., doing business as Tuff City Records,

    Defendant-Appellee,

VERSUS

JOE JONES, JR., doing business as Melder Publishing,

    Defendant-Appellant.
    Defendants,

---

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 99-CV-1374-R

---

### O R D E R

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

BY THE COURT:

    Having considered appellant Jones's response to our order to show cause;



Appellant Jones is hereby ordered to pay attorney's fees in the amount of $5,000, plus double costs to appellee under Fed. R. App. P. 38.

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy   APR 17 2002

New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 17, 2002

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 01-30082 Johnson v. Tuff N Rumble Mgmt
    USDC No. 99-CV-1374-R

Enclosed is an order entered in this case.



Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Cindy Broadhead, Deputy Clerk

Mr Mark J Davis
Mr Oren J Warshavsky
Mr Joe Jones Jr
Ms Loretta Whyte, Clerk

MOT-2